FILED
CLERK, U.S. DISTRICT COURT

MAR 25 2015

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION  BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) Case No.: ED15MJ123-DUTY
         Plaintiff,  ) ORDER OF DETENTION
    v.  ) (FED.R. CRIM. P.32.1(a)(6); 18
Maximiliano Sanchez-Martinez  ) U.S.C. § 3143(a))
         Defendant.  )

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ District of __NEVADA__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. [✓] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:
- UNKNOWN BACKGROUND
- UNKNOWN COMMUNITY TIES
- ACTIVE WARRANT
- SUBMISSION

1

1 and/or

2 B.  ( )  The defendant has not met his/her burden of establishing by clear and
3         convincing evidence that he/she is not likely to pose a danger to the
4         safety of any other person or the community if released under 18
5         U.S.C. § 3142(b) or (c). This finding is based on the following:

6 _____

7 _____

8 _____

9 _____

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

15 Dated: 3/25/15

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge